IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RICHARD R. RANDALL,**                         07-CV-37-BR

       Plaintiff,                          JUDGMENT OF REMAND

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

       Defendant.


**DAVID B. LOWRY**
9900 S.W. Greenburg Road Suite 235
Portland, Oregon 97223
(503) 245-6309

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1158

1   -   JUDGMENT

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAVID M. BLUME**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2212

       Attorneys for Defendant


    Based on the Court's Opinion and Order (#__) issued January 23, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 23rd day of January, 2008.


                                        /s/ Anna J. Brown

                                        _____
                                        ANNA J. BROWN
                                        United States District Judge

2  -  JUDGMENT