DAVID B. LOWRY  
9900 SW Greenburg Road  
Columbia Business Center, Suite 235  
Portland, Oregon 97223  
(503) 245-6309  
OSB NO. 73372  

FILED'08 MAR 07 15:33 USDC-ORP

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Richard Randall**

      **Plaintiff,**

vs.                          Civil No. 07-cv-00037-BR

**Commissioner of Social Security**

      **Defendant.**                **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.97, costs in the amount of $13.30, and attorney's fees in the amount of $3785.14, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 7th day of March, 2008.

_____  
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**